_____

No. 95-2248WM
_____

Sandra Dickens,                    *
                                   *
          Appellant,               *
                                   *   Appeal from the United States
     v.                            *   District Court for the Western
                                   *   District of Missouri.
Shirley S. Chater, Commissioner    *
of Social Security                 *   [UNPUBLISHED]
Administration,                    *
                                   *
          Appellee.                *
                 _____

         Submitted:  December 12, 1995

            Filed:  January 8, 1996
                 _____

Before FAGG, HEANEY, and WOLLMAN, Circuit Judges.
                 _____


PER CURIAM.


     Sandra Dickens appeals the judgment entered by the district
court affirming the Secretary's decision denying Dickens disability
and supplemental security income benefits.  After careful review of
the record and the parties' briefs, we conclude the Secretary's
decision is supported by substantial evidence on the record as a
whole.  Because an opinion by this court would have no precedential
value, we affirm the district court without further discussion.
See 8th Cir. R. 47B.


     A true copy.


        Attest:


           CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.